# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE #5, et al.,<br><br>    Defendants. | **Case No. 1:18-cv-01083-JLT (PC)**<br><br>**ORDER ON PLAINTIFF'S MOTION TO PROCEED** *IN FORMA PAUPERIS*<br><br>**(Doc. 3)**<br><br>**21-DAY DEADLINE** |

    Plaintiff recently filed this action. Along with the Complaint, Plaintiff filed a motion to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. 3.) In his motion, under the section inquiring whether Plaintiff has any cash (including balances of checking or savings accounts), Plaintiff checked the line for "No" and wrote "as of 8/8/18 I have not received any anticipated money from settlements already agreed to on May 31, 2018." (*Id.*, p. 2.) However, Plaintiff does not state how much he anticipates receiving from those settlements, or when he expects to receive those anticipated funds. (*Id.*)

///
///
///
///
///

1

Thus, **within 21 days** of the date of service of this order, Plaintiff **SHALL** submit a statement indicating the exact monetary amount he expects to receive from settlements he agreed to on May 31, 2018, and the date he expects to receive those funds.

IT IS SO ORDERED.

Dated: **August 16, 2018**         /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE