# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARDS MITCHELL, <br><br> Plaintiff, <br><br> v. <br><br> J. DOE #5, et al., <br><br> Defendants. | **Case No. 1:18-cv-01083 (PC)** <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE, GRANTING EXTENSION OF TIME TO PAY $400 FILING FEE, AND STAYING ACTION** <br><br> **(Docs. 1, 3, 7)** <br><br> **NOVEMBER 30, 2018 DEADLINE** |

Along with the Complaint, Plaintiff filed a motion to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. 3.) Due to information contained in these documents, the Court ordered the plaintiff: (1) to submit a statement indicating the exact amount he expects to receive from a settlement he entered into earlier this year and the date he expects to receive those (Doc. 4); and (2) to show cause why his application should not be denied because Plaintiff had three strikes under section 1915 when he filed this action (Doc. 7[1]).

Plaintiff filed responses indicating that he expects to receive $7,500 in late November and requested to be allowed to proceed in forma pauperis upon the promise that he would pay the full filing fee when he receives the settlement proceeds. (Docs. 10, 11.) However, the Court will

---

[1] (*See* Doc. 7, (citing *Mitchell v. Marshall, et al.*, C.D. Cal. No. 2:10-cv-07351-UA-SH; *Mitchell v. Marshall, et al.*, C.D. Cal. No. 2:12-cv-02048-ABC-SH; *Mitchell v. Norton, et al.*, E.D. Cal. No. 1:12-cv-00331-GSA; and *Mitchell v. Beard, et al.*, Ninth Circuit No. 16-15470).)

1

adopt a different plan.  Accordingly, the Court **ORDERS**:

    1.    The order to show cause (Doc. 7) is **DISCHARGED**;

    2.    Plaintiff is **GRANTED** an extension of time up to and including November 30, 2018 to pay the filing fee in this action;[2] and

    3.    This action is **STAYED** until Plaintiff pays the $400 filing fee.

**<u>Plaintiff's failure to comply with this order will result in recommendation that his application to proceed *in forma pauperis* be denied and that this action be dismissed.</u>**

IT IS SO ORDERED.

    Dated:   **September 5, 2018**              **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE

---

[2] The Court will consider Plaintiff's payment of the filing fee a request to withdraw his motion to proceed *in forma pauperis*.  (Doc. 3.)