# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>               Plaintiff,<br><br>    v.<br><br>DOE #5, et al.,<br><br>               Defendants. | Case No.: 1:18-cv-01083-JLT (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT OR NOTIFY COURT OF WILLINGNESS TO PROCEED<br><br>(Docs. 15, 16)<br><br>60-DAY DEADLINE |

     On September 25, 2019, Plaintiff filed a "request for stay of proceedings/extension of time," in which he asked the Court "for a stay of proceedings for 90 days or for what the Court deem[s] appropriate." (Doc. 16.) The Court construes the request as a motion to extend time to comply with the Court's screening order issued on September 6, 2019, in which the Court ordered Plaintiff to file a second amended complaint or a notice that he wishes to proceed solely on the claims found cognizable in the order. (Doc. 15.)

///
///
///
///

Good cause appearing, the Court grants Plaintiff's motion *nunc pro tunc*. Plaintiff shall have **60 days** from the date of service of this order to file a second amended complaint or, in the alternative, a notice that he desires to proceed only on the claims found cognizable in the September 6, 2019 order.

IT IS SO ORDERED.

    Dated:   **October 8, 2019**                      **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE