UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. CHURCH, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01083-JLT (PC)<br><br>**ORDER STAYING THE ACTION AND SETTING SETTLEMENT CONFERENCE** |

　　The Court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to Magistrate Judge Stanley A. Boone to conduct a settlement conference at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721 in Courtroom #9 on June 10, 2020 at 11:00 a.m.  The Court will issue the necessary transportation order in due course. In addition, the Court **ORDERS**:

1. **This action is STAYED for 90 days** to allow the parties an opportunity to settle their dispute before a responsive pleading is filed, or the discovery process begins. No other pleadings or other documents may be filed in this case during the stay. The parties SHALL NOT engage in formal discovery, but they may jointly agree to engage in informal discovery.

2. This case is set for a settlement conference before Magistrate Judge Stanley A. Boone on **June 10, 2020, at 11:00 a.m**. at the U. S. District Court, 2500 Tulare Street,

Fresno, California 93721 in Courtroom #9;

3. A representative with full authority to negotiate and enter into a binding settlement on the defendant's behalf shall attend in person;

4. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions. In addition, the conference will not proceed and will be reset to another date.

5. Each party shall provide a confidential settlement statement no later than June 3, 2020 to the following email address: saborders@caed.uscourts.gov. Plaintiff shall mail his confidential settlement statement Attn: Magistrate Judge Stanley A. Boone, USDC CAED, 2500 Tulare Street, Fresno, California 93721 so it arrives no later than June 3, 2020. The envelope shall be marked "Confidential Settlement Statement". Parties shall also file a "Notice of Submission of Confidential Settlement Statement" (See Local Rule 270(d)).

Settlement statements **should not be filed** with the Clerk of the Court **nor served on any other party**. Settlement statements shall be clearly marked "confidential" with the date and time of the settlement conference indicated prominently thereon.

The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

   a. A brief statement of the facts of the case.
   b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.
   c. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.
   d. The party's position on settlement, including present demands and offers and a

history of past settlement discussions, offers, and demands.

 e. A brief statement of each party's expectations and goals for the settlement conference, including how much a party is willing to accept and/or willing to pay.

 f. If the parties intend to discuss the joint settlement of any other actions or claims not in this suit, give a brief description of each action or claim as set forth above, including case number(s) is applicable.

IT IS SO ORDERED.

Dated: **March 12, 2020**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE