UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. CHURCH, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01083-JLT (PC)<br><br>**ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION**<br><br>(Doc. 37) |

On March 12, 2020, the Court stayed this matter and set it for a settlement conference before Magistrate Judge Stanley A. Boone on June 10, 2020. (Doc. 34.) The Court directed the parties to submit confidential settlement statements to Judge Boone's chambers by June 3, 2020. (*Id.* at 2.) Except for a "Notice of Submission of Confidential Settlement Statement," the Court ordered the parties not to file any documents in this case during the stay. (*Id.* at 1, 2.)

On April 16, 2020, Plaintiff filed a motion requesting an order under the All Writs Act to direct the Secretary of CDCR "or any other person(s) this Court deems appropriate to produce plaintiff's legal property and documents" pertaining to this case. (Doc. 37.) Plaintiff declares that it is not possible for him to settle this matter because prison authorities are holding all of his "legal/personal property." (*Id.* at 2.)

Although the Court directed the parties not to file any documents during the stay of this action, because the present motion relates to the Court's additional order to prepare and submit a

confidential settlement conference statement, the Court will consider the motion. Accordingly, the Court orders Defendants to file response to the motion within 21 days. Plaintiff may file a reply, if any, not more than 7 days after Defendants file a response.

IT IS SO ORDERED.

Dated:   **April 23, 2020**                             **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE