UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN EDWARD MITCHELL,** | Case No. 1:18-cv-01083-JLT (PC) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO RESCHEDULE THE SETTLEMENT CONFERENCE** |
| v. | |
| **J. DOE #5, et al.,** | **(Doc. 45)** |
| Defendants. | |

The Court, having considered Defendants' request to reschedule the June 10, 2020 settlement conference, and good cause having been found:

**IT IS ORDERED** that the settlement conference in this action is rescheduled for August 11, 2020, at 10:00 a.m., with Magistrate Judge Stanley A. Boone in Courtroom 9.

IT IS SO ORDERED.

Dated:   **May 20, 2020**          /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE