UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN EDWARD MITCHELL,** <br><br> Plaintiff, <br><br> v. <br><br> **J. DOE #5, et al.,** <br><br> Defendants. | Case No. 1:18-cv-01083-JLT (PC) <br><br> **ORDER WITHDRAWING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM ISSUED FOR JOHN EDWARD MITCHELL** |

On May 6, 2020, the Court issued an amended writ of habeas corpus ad testificandum to secure the attendance of John Edward Mitchell during the settlement conference in this matter. (Doc. 43.) However, the settlement conference has been continued. Accordingly, the Court **ORDERS** that the writ of habeas corpus ad testificandum issued for John Edward Mitchell is **WITHDRAWN**. The Court will issue a new writ in due course.

IT IS SO ORDERED.

Dated:   **May 21, 2020**             /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE