UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>                Plaintiff,<br><br>v.<br><br>J. DOE #5, et al.,<br><br>                Defendants. | Case No. 1:18-cv-01083-JLT  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR TELEPHONIC APPEARANCE OF JOHN EDWARD MITCHELL, CDCR NO. H38255<br><br>DATE: AUGUST 11, 2020<br>TIME:  10:00 A.M. |

      John Edward Mitchell, CDCR # H38255, the plaintiff in this case and a necessary participant in a settlement conference on AUGUST 11, 2020, is confined at Mule Creek State Prison in Ione, California, in the custody of the Warden. To secure the inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of the prison to produce the inmate for a <u>telephonic appearance</u> before Magistrate Judge Stanley A. Boone, U.S. District Court, Eastern District of California, on AUGUST 11, 2020, at 10:00 A.M.

## ACCORDINGLY, THE COURT ORDERS:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate <u>telephonically</u> in court proceedings before Magistrate Judge Stanley A. Boone at the time above, until completion of the proceedings or as ordered by the court.

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Mule Creek State Prison**

      **WE COMMAND** you to produce the inmate named above to testify telephonically before Judge Boone at the time above, using telephone number **(559) 499-5672**, until completion of the proceedings or as ordered by the court. The inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

      **FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **July 13, 2020**                             /s/ Jennifer L. Thurston
                                                                     UNITED STATES MAGISTRATE JUDGE