# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE #5, et.al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-01083-JLT (PC)<br><br>ORDER RESCHEDULING SETTLEMENT CONFERENCE TO OCTOBER 6, 2020, AT 11:30 A.M. |

This case is currently set for settlement conference before the undersigned on August 11, 2020, at 10:00 a.m.

In light of the COVID-19 pandemic and the coronavirus protocols, the Court finds it necessary to continue the settlement conference to **October 6, 2020, at 11:30 a.m.** The Court will issue a new writ in due course.

IT IS SO ORDERED.

Dated:   **July 27, 2020**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE