UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>                    Plaintiff,<br><br>           v.<br><br>J. DOE #5, et al.,<br><br>                    Defendants. | Case No. 1:18-cv-01083-JLT (PC)<br><br>**ORDER WITHDRAWING WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR JOHN EDWARD MITCHELL, CDCR NO. H38255** |

On July 13, 2020, the Court issued a writ of *habeas corpus ad testificandum* to secure the telephonic appearance of John Edward Mitchell at a settlement conference on August 11, 2020. (Doc. 51.) On July 27, 2020, Magistrate Judge Stanley A. Boone continued the settlement conference. (Doc. 53.) Accordingly, the Court **ORDERS**: the writ of *habeas corpus ad testificandum* for John Edward Mitchell is **WITHDRAWN**.

IT IS SO ORDERED.

   Dated:   **July 27, 2020**                              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE