UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. DOE #5, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01083-JLT (PC)<br><br>**ORDER DENYING MOTION TO AMEND WRIT AS MOOT**<br><br>(Doc. 54) |

On July 13, 2020, the Court issued a writ of *habeas corpus ad testificandum* to secure the telephonic appearance of John Edward Mitchell at a settlement conference. (Doc. 51.) On July 27, 2020, Magistrate Judge Stanley A. Boone continued the settlement conference (Doc. 53), and the undersigned withdrew the writ (Doc. 55). On the same day, Plaintiff filed a motion to amend the writ. (Doc. 54.) Because the writ has already been withdrawn, the Court denies the motion as moot.

IT IS SO ORDERED.

　　Dated: __**July 28, 2020**__　　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE