UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>                 Plaintiff,<br><br>    v.<br><br>J. DOE #5, et al.,<br><br>                 Defendants. | Case No. 1:18-cv-01083-JLT (PC)<br><br>**ORDER WITHDRAWING WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR JOHN EDWARD MITCHELL, CDCR NO. H38255** |

On September 8, 2020, the Court issued a writ of *habeas corpus ad testificandum* to secure the telephonic appearance of John Edward Mitchell at a settlement conference on October 6, 2020. (Doc. 59.) On September 9, 2020, the parties settled this matter, and the Court vacated all hearings. (Doc. 60.) This case is now closed. (Doc. 62.) Accordingly, the Court **WITHDRAWS** the writ of *habeas corpus ad testificandum* for John Edward Mitchell.

IT IS SO ORDERED.

    Dated: **September 18, 2020**                  **/s/ Jennifer L. Thurston**
                                                                                     UNITED STATES MAGISTRATE JUDGE